# Exhibit A

| Case Name | Docket Number |
|---|---|
| *Lakeisha Allen v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-00343 |
| *Tiffany Rutledge et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-08782 |
| *Julia Guzman v. Walgreen Co.* | 1:22-cv-08783 |
| *Franchelle Magana v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-08785 |
| *Foley, et al. v. Walmart Inc.* | 1:22-cv-08808 |
| *Tammy Gaddis et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-08810 |
| *Stephanie Nickles et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-08811 |
| *Stafford, et al. v. CVS Pharmacy, Inc., et al.* | 1:22-cv-08813 |
| *Michelle Maguire et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-08814 |
| *Sheri Greene et al v. Safeway, Inc.* | 1:22-cv-08815 |
| *Aujenai Thompson v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-08816 |
| *January Johnson v. Johnson & Johnson Consumer Inc.* | 1:22-cv-08817 |
| *Katrina McKinney et al v. Rite Aid Corporation* | 1:22-cv-08818 |
| *Cherise Chapman v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-08830 |
| *Taylor v. Wal-Mart Stores Inc, et al.* | 1:22-cv-08930 |
| *Linda Brewer et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-08931 |
| *Robin Hatfield et al v. Walmart, Inc.* | 1:22-cv-09011 |
| *Lisa Roberts et al v. Walmart, Inc.* | 1:22-cv-09012 |
| *Alyssa Hanson et al v. Johnson & Johnson Consumer, Inc.* | 1:22-cv-09020 |
| *Crawford et al v. Target Corporation et al.* | 1:22-cv-09022 |
| *Kelsie Rivera et al v. Johnson & Johnson Consumer, Inc.* | 1:22-cv-09024 |
| *Kayla Strenke et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09027 |
| *Jennifer King et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09029 |
| *Cara Wicker et al v. Walmart, Inc.* | 1:22-cv-09030 |
| *Strydom et al v. Walmart, Incorporated* | 1:22-cv-09031 |
| *Heather Strydom v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09031 |
| *Tiffanie Skibicki v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09032 |
| *Jessica Cagle v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09033 |
| *Greetus Bureau et al v. Walmart, Inc.* | 1:22-cv-09035 |
| *Allison Hillix v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09038 |
| *Libier Camargo et al v. Johnson & Johnson Consumer, Inc.* | 1:22-cv-09039 |
| *Sherika Ferguson et al v. Walgreen Co* | 1:22-cv-09040 |
| *Rhiann Lindberg et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09041 |
| *Lindsey Baxter et al v. Walmart, Inc.* | 1:22-cv-09042 |
| *Precious Watts et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09043 |
| *Jessica Brakken et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09045 |
| *Linzy Funk v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09046 |
| *Makayla Jellema v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09047 |
| *Kristina Radford-Garcia v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09048 |
| *Monique Bell v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09049 |
| *Siupeli Halafihi v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09050 |
| *Makesha Anderson et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09052 |
| *Madonna Gevargiz v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09053 |
| *Sharee Miles v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09054 |
| *Katie Good v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09055 |
| *Christina Correll v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09056 |
| *Angeles Mijares v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09057 |
| *Denise Young v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09058 |
| *Diana Hernandez v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09059 |

| Case Name | Docket Number |
|---|---|
| *Jeanette Gray v. Walmart Inc.; Johnson & Johnson Consumer Inc.* | 1:22-cv-09060 |
| *Cynthia Hampton v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09069 |
| *Angie Ruiz v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09072 |
| *Chiyaukaa Archer v. Walmart, Inc. et al* | 1:22-cv-09076 |
| *Helen Gazley et al v. Johnson & Johnson Consumer, Inc. et al* | 1:22-cv-09078 |
| *Cori Stark v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09079 |
| *Tiffany Hatcher v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09081 |
| *Lilia Oleson et al v. Walmart, Inc.* | 1:22-cv-09083 |
| *Melissa McEvoy et al v. Target Corporation* | 1:22-cv-09086 |
| *Shannon Costa et al v. CVS Pharmacy, Inc.* | 1:22-cv-09087 |
| *Abby Horowitz et al v. Costco Wholesale Corporation* | 1:22-cv-09091 |
| *Ricotta et al v. Johnson & Johnson et al* | 1:22-cv-09285 |
| *Christine Contreras et al v. Big Lots, Inc.* | 1:22-cv-09878 |
| *Erin Sanders, et al. v Wal-Mart, Inc.* | 1:22-cv-09879 |
| *Ruth Gonzales v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09891 |
| *Ingrid Moran v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09934 |
| *Ashlynn Brown v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09992 |
| *Erika Avila v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09994 |
| *Yessica Portillo v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-09996 |
| *Miesha Flournoy v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10020 |
| *Katie Ritchie v. CVS Pharmacy* | 1:22-cv-10021 |
| *Rishona Richardson v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10022 |
| *Crystal Chopin v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10023 |
| *Jessica Stahlke v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10026 |
| *Tania Osuna v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10027 |
| *Angelica Garcia v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10029 |
| *Janelle Hunter v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10030 |
| *Jessica Flores v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10031 |
| *Vanessa Valdez v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10034 |
| *Farran Elder v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10036 |
| *Laura Sinclair v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10038 |
| *Natalie Mendez v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10039 |
| *Kymberly Cardenas v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10040 |
| *Nydia Gonzalez v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10041 |
| *Laura Hernandez v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10042 |
| *Aide Soriano v. Walgreen Co.* | 1:22-cv-10043 |
| *Lisa Garcia v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10044 |
| *Jasmine Rios v. Johnson & Johnson Consumer Inc., et al* | 1:22-cv-10046 |
| *Dedre Rudd et al v. Target Corporation* | 1:22-cv-10198 |
| *Jenaye Smith v. Walmart Inc.; Johnson & Johnson Consumer Inc.* | 1:22-cv-10220 |
| *Peavley-Hawes v. Johnson & Johnson, Inc. et al* | 1:22-cv-10698 |
| *Tate v. Johnson & Johnson, Inc. et al* | 1:22-cv-10699 |
| *Jennifer Norris et al v. Wal-Mart Stores, Inc. et al* | 1:23-cv-00214 |
| *Foster et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-00563 |
| *Swindell et al. v. J&J Consumer Inc., et al.* | 1:23-cv-00664 |
| *Dodd v. JJCI* | 1:23-cv-01511 |
| *Bonaparte et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-01512 |
| *Janet Jernigan, et al. v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-01953 |
| *Annie Sampson, et al. v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-01955 |

| Case Name | Docket Number |
|---|---|
| *Leon et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-02357 |
| *McGee vs. Johnson & Johnson, et al* | 1:23-cv-02435 |
| *Walker et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-02442 |
| *Amerson et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-02626 |
| *Jessica Lopez v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-02743 |
| *Jessica Lopez v. Johnson & Johnson Consumer Inc.* | 1:23-cv-02745 |
| *Brehm et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-02944 |
| *Chardon v. Johnson & Johnson Consumer Companies, Inc.* | 1:23-cv-02983 |
| *Siegel v. Johnson & Johnson Consumer Companies, Inc.* | 1:23-cv-02992 |
| *Bryant et al v Johnson and Johnson et al* | 1:23-cv-03141 |
| *Talbot et al v. Johnson & Johnson Consumer, Inc., et al.* | 1:23-cv-03233 |
| *Bryant et al v Johnson and Johnson et al* | 1:23-cv-03550 |
| *Stacey Ervin v. Johnson & Johnson Consumer Inc.* | 1:23-cv-03581 |
| *Sara Lindsey v. Johnson & Johnson Consumer Inc.* | 1:23-cv-03615 |
| *Kacee Tyson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-03619 |
| *Peggy Higgins v. Johnson & Johnson Consumer Inc.* | 1:23-cv-03636 |
| *Shandy Beatty v. Johnson & Johnson Consumer Inc.* | 1:23-cv-03648 |
| *Rachael Garcia et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-04036 |
| *Antonia Buendia et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-04144 |
| *Tammy Cross et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-04168 |
| *Jamie Levindoski v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04177 |
| *Cody Mickle et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-04191 |
| *Dafney et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04249 |
| *Katie Airth et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-04282 |
| *Klein v. Johnson & Johnson Consumer Companies, Inc.* | 1:23-cv-04285 |
| *Golden Proctor v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04469 |
| *Rebekah Reed v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04486 |
| *Tahcahrah Owens v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04496 |
| *Rekita Blackmon v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04499 |
| *Brittany Carlock v. CVS Pharmacy; Johnson & Johnson Consumer Inc.* | 1:23-cv-04504 |
| *Shunta Mathis v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04507 |
| *Ronnisha Thomas v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04511 |
| *Alicia Snorton v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04512 |
| *Anna Pirtle v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04516 |
| *Stormy Dowdell v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04517 |
| *Jaclyne Baker v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04529 |
| *Tammy Thomason v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04531 |
| *Rachel Davis v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04534 |
| *Denise Briggs v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04535 |
| *Hanna Isa v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04538 |
| *Clarissa Martin v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04539 |
| *Natasha Masse v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04543 |
| *Tonia Bouley v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04546 |
| *Tamara Freeman v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04549 |
| *Courtnie Chenevert v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04553 |
| *Heather Hix v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04556 |
| *Eman Mohamed v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04558 |
| *Crystal Rasnake v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04559 |
| *Kelly Van Horn v. Walmart Inc.* | 1:23-cv-04561 |

| Case Name | Docket Number |
|---|---|
| *Angela Cordell v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04564 |
| *Huda Kasim v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04568 |
| *Brittany Anderson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04574 |
| *Ledricka Thierry v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04576 |
| *Kerri-Ann Huggett v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04586 |
| *Ashley Thornton v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04587 |
| *Tiffany Banks v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04588 |
| *Hannah Robinson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04589 |
| *Triniece Jackson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04593 |
| *Michelle Green v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04594 |
| *Morgan Cole v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04600 |
| *Zailyn Roberts v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04608 |
| *Erica Smart v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04612 |
| *Ryan Caston v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04613 |
| *Quantae Grant v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04619 |
| *Anetra Evans v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04621 |
| *Lindsay Conner-Ali v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04624 |
| *Rife et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-04641 |
| *Misty Coleman v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04644 |
| *Victoria Brewer v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-04645 |
| *Heather Powlowski et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-04714 |
| *Hope Pennington et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-04719 |
| *Tabitha Smith et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-04725 |
| *Normarys Nunez et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-04752 |
| *Singleton et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-04992 |
| *Emily Lumpkins v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05002 |
| *Jones et al. v. JJCI* | 1:23-cv-05005 |
| *Jessica Abrams et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-05083 |
| *Erin Tarallo et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05187 |
| *Bissette et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05189 |
| *Shantrell Estes et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-05223 |
| *Juliet Lester et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-05269 |
| *Amber Blanchard v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05278 |
| *Lizbeth Mata v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05285 |
| *Lott et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05298 |
| *Lynn Cannon et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-05338 |
| *Sheri Conner et al v. Walmart, Inc.* | 1:23-cv-05339 |
| *Renee Normand et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-05341 |
| *Tremaine Hawkins v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05408 |
| *Kellie Marshall v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05415 |
| *Ashelea Lyons v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05417 |
| *Christy Green v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05419 |
| *Silvia Andino v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05421 |
| *Krista Gil v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05425 |
| *Bliss Holder et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-05433 |
| *Shantell Maxwell v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05445 |
| *Raven Deberry v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05449 |
| *Monica Salyers v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05454 |
| *Allison Johnson v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05470 |

| Case Name | Docket Number |
|---|---|
| *Latasha Hawkins v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05474 |
| *Rhonda Gisclair v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05475 |
| *Bianca Clark v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05478 |
| *Angel Turner v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05480 |
| *Melissa Soria v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05496 |
| *Jennifer Beckham v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05497 |
| *Brie Whitfield v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05499 |
| *Meranda White v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05505 |
| *Brianna Coada v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05507 |
| *Jones et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05508 |
| *Robin Todd v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05513 |
| *Keyes et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-05517 |
| *Dalana Charlot v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05520 |
| *Aiesha Offord v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05521 |
| *Tara Moore v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05522 |
| *Courtney Yearby v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05524 |
| *Leslie Guiterrez v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05526 |
| *Jessica Edwards v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05527 |
| *Tara Denton v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05532 |
| *Deisi Brownledoux v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05534 |
| *Stella Reynolds v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05538 |
| *Korir et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05566 |
| *Dunn et al. v. JJCI* | 1:23-cv-05575 |
| *Rebecca Reece v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05632 |
| *Angelica Wallace v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05636 |
| *Chris Deming v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05648 |
| *Quintygi Richard v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05649 |
| *Denise Vinson v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05650 |
| *Whitney Johnson v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05655 |
| *Aliyah Ellis v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05656 |
| *Juanita Childress v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05680 |
| *Catherine Trevorrow v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05681 |
| *Chanel Hardin v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05682 |
| *Ellen Joseph-Richard v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05683 |
| *Brittany Andrews v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05684 |
| *Morgan Kanyuh v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05685 |
| *Crystal Sutton v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05686 |
| *Britany Norfleet v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05687 |
| *Brittany Norfleet v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05687 |
| *Shannon Baxter v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05688 |
| *Ebony Murray v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05689 |
| *Steven Mullen v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05690 |
| *Courtney Tune v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-05691 |
| *Briceida Garcia et al v. Johnson & Johnson Conusmer Inc.* | 1:23-cv-05703 |
| *Sousa et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05721 |
| *McWhite-York et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05724 |
| *Allison v. JJCI* | 1:23-cv-05765 |
| *Hall et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05768 |
| *Ayeshia Crump et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05799 |

| Case Name | Docket Number |
|---|---|
| *Moore et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05927 |
| *Ford et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-05930 |
| *Dolores Rainwater et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-06027 |
| *Sherece Hardin v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06055 |
| *Nichola Ford v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06057 |
| *Jhona Watts v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06060 |
| *Megan Meece v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06062 |
| *Meghan Hutson v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06253 |
| *Amneris Calderon Santiago v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06254 |
| *Amber Breitweiser v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06255 |
| *Maria Gonzalez v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06256 |
| *Latoshia Atkins v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06259 |
| *Gwangi Patton v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06263 |
| *Chelsie Saucier v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06267 |
| *Jessica Young v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06308 |
| *Riana Berry v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06310 |
| *Britany Knight v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06311 |
| *Teashawn Dawson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06316 |
| *Allyson Carnes Bagley v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06321 |
| *Cassandra Herrin v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06330 |
| *Kathy Wells v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06333 |
| *Christy Landry v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06337 |
| *Renica Foster v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06378 |
| *Juanita Fischer v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06381 |
| *Tammy Walker et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-06402 |
| *Ryan Waterson et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-06407 |
| *Vicki Manyweather et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-06411 |
| *Jennifer George v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06488 |
| *Feda Hamad v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06489 |
| *Chatanya Tezeno v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06490 |
| *Melissa Whitney v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06491 |
| *Amanda Hubble v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06492 |
| *Evangeline Bailey v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06493 |
| *Adrianna Tate v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06494 |
| *Nichole Mack v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06495 |
| *Kristie Crawford v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06497 |
| *Ayanna Perkins v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06498 |
| *Abigail Proffitt v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06502 |
| *Karen Golightly v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06504 |
| *Holly Brooks v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06505 |
| *Lauren May v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06507 |
| *Arshaun Stevenson v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06514 |
| *Ashley Labranche v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06562 |
| *Alicia Senegal v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06563 |
| *Jennifer Acevedo v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06564 |
| *Whitney Hart v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06565 |
| *Christina Rigsby v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06567 |
| *Jesse Boney v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06569 |
| *Naomi Borriello v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06571 |

| Case Name | Docket Number |
|---|---|
| *Erika Morales v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06574 |
| *Vanessa Nunez v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06575 |
| *Heather Tidwell v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06579 |
| *April Knighten v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06580 |
| *May et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-06606 |
| *Jerica Sims v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06616 |
| *Dana Cannon v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06617 |
| *Daniela Herrera v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06618 |
| *Raeshawn Henderson v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06619 |
| *Angel Daniels v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06620 |
| *Melissa Smith v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06621 |
| *Julianna Staehle v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06622 |
| *Jordan Knaack v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06623 |
| *Misty Norman v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06636 |
| *Robin Lindemann v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06639 |
| *Sheryly Aguilar v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06641 |
| *Cathy Raymer v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06647 |
| *Felicia McCauley v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06648 |
| *Jaimi Lala v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06654 |
| *Khelzie Koston v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06659 |
| *Tiffany McCalister v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06662 |
| *Molly Fortune v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06663 |
| *Christy Savoy v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06664 |
| *Annmarie Morales v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06665 |
| *Janely Espinoza v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06666 |
| *Donna Holt v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06669 |
| *Sarah Pulley v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06671 |
| *Christine Marrero v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06672 |
| *Mara Calvani v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06676 |
| *Silesse Harris v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06677 |
| *Lyntorius Moore v. Family Dollar Stores, LLC, et al* | 1:23-cv-06678 |
| *Carla Slaughter v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06681 |
| *Amber Jones v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-06682 |
| *Sherrie Booker v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07012 |
| *Lesende v. Johnson & Johnson Consumer Companies, Inc.* | 1:23-cv-07041 |
| *Bea-Flores et al v. Johnson & Johnson Consumer Inc* | 1:23-cv-07073 |
| *Dana Gilley v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07096 |
| *Rosann Ferrante et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-07173 |
| *Jessica Richmond v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07411 |
| *Ebony Baines v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07412 |
| *Brown et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07508 |
| *Maria Lopez et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-07590 |
| *Navara Ramirezet al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-07653 |
| *Edwards et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-07693 |
| *Angela Overall et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-07700 |
| *Dafina Gashi v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07785 |
| *Shawneerae Stacy v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07787 |
| *Aimy Belcher v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07788 |
| *Monique Davis v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07790 |

| Case Name | Docket Number |
|---|---|
| *Stephanie Ward Jones v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07795 |
| *Valenzcia Gooden v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07799 |
| *Nicole Waymire v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07801 |
| *Tonya Mayer v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07803 |
| *Ashley White v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07807 |
| *Stacy Hutchens v. The Kroger Co.* | 1:23-cv-07811 |
| *Tonya Perry v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07815 |
| *Tiffany Drago v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-07817 |
| *Hankins et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-07821 |
| *Jessica Smith et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-07977 |
| *Walk et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08333 |
| *Tate et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-08340 |
| *Karn et al v. Walgreen Co.* | 1:23-cv-08381 |
| *Kristy Alfonso v. Walmart Inc.* | 1:23-cv-08392 |
| *Jennifer Wilson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08393 |
| *Janel Edwards v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08396 |
| *Kadie Rousee v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08402 |
| *Esquiliano et al v Johnson & Johnson Consumer Inc. et al* | 1:23-cv-08444 |
| *Greer et al v. Johnson & Johnson Consumert Inc. et al* | 1:23-cv-08449 |
| *Berdote-Barroso et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08480 |
| *Thomas et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-08499 |
| *Cervantes et al v. J & J Consumer Inc. et al.* | 1:23-cv-08567 |
| *Lauren Key v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08602 |
| *Katie Tsui v. Walmart Inc.* | 1:23-cv-08603 |
| *Whitney McKinnie v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08606 |
| *Candace Whitehead v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08715 |
| *Christina Poray v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08814 |
| *Courtney McCreary v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-08818 |
| *Jennifer Belmonte et al  v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08827 |
| *Annikia Green et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-08858 |
| *Arlene Irizarry et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-08859 |
| *Gonowrie et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-08964 |
| *Mako et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-08974 |
| *Michael Horne v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09021 |
| *Phylicia Harrison v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09032 |
| *LaBranche v. Johnson & Johnson Consumer Companies, Inc.* | 1:23-cv-09099 |
| *Banerjee et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-09163 |
| *Virginia Campbell et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-09242 |
| *Yoakum et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09257 |
| *Raby et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-09385 |
| *Foust et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09420 |
| *Edwards Adolph et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09446 |
| *Berthiaume et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09504 |
| *Bicic et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09525 |
| *Stanley et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09527 |
| *Angela Smith, et al. v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-09564 |
| *Wendae Hinson, et al. v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-09566 |
| *Vanessa Jones, et al. v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-09567 |
| *Massey et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09571 |

| Case Name | Docket Number |
|---|---|
| *Alisha Singletary v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09581 |
| *Laquetta Jones v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-09582 |
| *Kimberly Ford v. Sam's West, et al* | 1:23-cv-09583 |
| *Deanne Rosenbaum v. Walmart Inc.* | 1:23-cv-09584 |
| *Anastasia Gray v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09585 |
| *Chanel Stewart v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09586 |
| *Jasmine Comeaux-Villermin v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09588 |
| *Ashleigh Hall v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09593 |
| *Sarah Dodson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09594 |
| *Heather Senske v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-09595 |
| *Tyler Williams v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09596 |
| *Josie Mitchell v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09597 |
| *Jennifer Semmes v. The Kroger Co., et al* | 1:23-cv-09626 |
| *Zida et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09659 |
| *Ramirez et al v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-09669 |
| *Bowes et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09687 |
| *Wagemaker et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09814 |
| *Misha Motahari et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09845 |
| *Zuania Perez et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09848 |
| *Brooke Dillworth v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09852 |
| *Guzman et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09882 |
| *Fatme Mallah v. Johnson and Johnson Consumer Inc.* | 1:23-cv-09892 |
| *Martin et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-09959 |
| *Chrishawn Spann v. Johnson & Johnson Consumer Inc.* | 1:23-cv-09964 |
| *Shryock et al v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-09967 |
| *Jones et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10019 |
| *Lily Bishop et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10054 |
| *Solomon Shepard et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10055 |
| *Patricia Aguiar et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10070 |
| *Buffy Ellis v. Dolgencorp* | 1:23-cv-10081 |
| *Alisa Charles v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10082 |
| *Nicholas Rodriguez et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-1014 |
| *Amanda Walston et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10175 |
| *King et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10183 |
| *Becky Howell-Adams et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-10185 |
| *Merriweather et al v. Johnson & Johnson Consumer, Inc., et al* | 1:23-cv-10189 |
| *Sanchez v. Johnson & Johnson et al* | 1:23-cv-10192 |
| *Margaret Wilson et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10215 |
| *Marsh et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10221 |
| *Silas et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10227 |
| *Riley-Simmons et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10228 |
| *Herbert et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10286 |
| *Register et al v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10291 |
| *Aleathia Madding et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10325 |
| *Leslie McIntosh v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10404 |
| *Felerio Caine et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10449 |
| *Brandon Ausherman et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10458 |
| *Robert Blanchard v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10461 |
| *Aidan John Kennedy et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10478 |

| Case Name | Docket Number |
|---|---|
| *Shyiann Johnson et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10483 |
| *Allison Allred v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10492 |
| *Tanesha Etheridge v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10493 |
| *Chantell Mayfield v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10494 |
| *Leah Jones v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10495 |
| *Melissa Huntsman v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10496 |
| *Victoria Vorise v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10497 |
| *Rebekah Cooper v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10498 |
| *Melissa Cheramie v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10499 |
| *Tequila Tuco v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10500 |
| *Stella James v. Johnson & Johnson Consumer Inc., et al* | 1:23-cv-10501 |
| *Consumer Inc., et al.* | 1:23-cv-10526 |
| *Meagan Rose Milligan et al v. Johnson and Johnson Consumer Inc., et al.* | 1:23-cv-10529 |
| *Chrisanna Sullivan v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10558 |
| *Jothany Frey v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10562 |
| *Hauser et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10567 |
| *Mollie Penn et al v. Johnson and Johnson Consumer Inc., et al.* | 1:23-cv-10622 |
| *Jelissa Sherie Pope et al v. Johnson and Johnson Consumer Inc., et al.* | 1:23-cv-10625 |
| *Rebbecca Smith et al v. Johnson and Johnson Consumer Inc., et al.* | 1:23-cv-10627 |
| *Lindsey Cassidy et al v. Johnson and Johnson Consumer Inc., et al.* | 1:23-cv-10634 |
| *Bordelon et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10677 |
| *Felicia Campbell v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10704 |
| *Shayla Cooper v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10705 |
| *Stacey Abdin et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10761 |
| *Danyale Lawrence et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10792 |
| *Dede et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10820 |
| *Hardin et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10825 |
| *Shaylyn Schell et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10833 |
| *Julun et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-10837 |
| *Taylor McQuaide et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10888 |
| *Jeanie Williams et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10891 |
| *Christie Appelhanz et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-10892 |
| *Lunie Plaisir et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10904 |
| *Aaron Anderson et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10909 |
| *White et al v. Johnson & Johnson Cosnumer Inc. et al* | 1:23-cv-10914 |
| *Megan Taylor et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-11121 |
| *Dogo et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-11124 |
| *Cross et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-11243 |
| *Israel Wood et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-2010 |
| *Mark McDanel et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-2209 |
| *Ashleigh Woolbright et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-2417 |
| *Angela Fagan et al v. Johnson & Johnson Consumer Companies, Inc. et al* | 1:23-cv-2706 |
| *Micheal Rogers v. Johnson & Johnson Consumer Inc et al* | 1:23-cv-2707 |
| *Raqwan Brooks v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-2711 |
| *Ethan Meyer v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-2719 |
| *Stephanie Roberts v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-2726 |
| *Holly Vincent et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-2730 |
| *Lorae Hessler et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-2732 |
| *Lauren-Alicia Arredondo v. Johnson & Johnson Consumer Inc.* | 1:23-cv-3035 |

| Case Name | Docket Number |
|---|---|
| *Christopher Garcia v. Johnson & Johnson Consumer Inc. et al.* | 1:23-cv-3038 |
| *Jessica Rhead OBO Anthony Lopez* | 1:23-cv-3118 |
| *Andrew Seymour v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3120 |
| *Samantha Gaffney et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3123 |
| *Brian Hill v. Johnson & Johnson* | 1:23-cv-3128 |
| *Unicque Carroll et al v. Johnson & Johnson Consumer Inc et al* | 1:23-cv-3131 |
| *Alex Hillyer v. Johnson & Johnson Consumer Inc.* | 1:23-cv-3136 |
| *Abraham Pruneda et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3621 |
| *Anthony Arellano et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3624 |
| *Jacob Messenger et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3629 |
| *Aaron Paradine v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3632 |
| *Alyssa Lemoine v. Johnson & Johnson Consumer Inc.* | 1:23-cv-3635 |
| *Rhys Farrell et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3638 |
| *Layla Nishman et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3640 |
| *Zackary Allred v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3642 |
| *Zev Weisz et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-3649 |
| *Klobin Wilkerson et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4015 |
| *Madeline Zukus et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4019 |
| *Richard Ogoh Jr et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4022 |
| *Nicholas Zagara v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4024 |
| *Tatiana Jackson et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4026 |
| *Nicole Price et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4028 |
| *Travon Jackson et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4029 |
| *Stacey Addicott et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-4311 |
| *Sarah Duke et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-4317 |
| *Sarah Peters et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4324 |
| *Logan Holzmann et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-4325 |
| *Gabriel Bowlin et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-5045 |
| *Raven Hicks et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-6065 |
| *Samuel Byrd et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-6074 |
| *Joseph Sciocchetti et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-6080 |
| *Sophyia Kegbe-Davis v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-6209 |
| *Megan Dupree v. Johnson & Johnson Inc. et al* | 1:23-cv-6638 |
| *Nicholas Nelson et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-7214 |
| *Ixchelle Wagner et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-7220 |
| *Randall Helmondollar et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-7223 |
| *Vivian Haris-Ganis et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-7344 |
| *Raquel Ballesteros et al v. Johnson & Johnson Consumer, Inc. et al* | 1:23-cv-7350 |
| *Ana Bravo-Segura et al v. Johnson & Johnson, Inc. et al* | 1:23-cv-7611 |
| *Nicole Portnov et al v. Johnson & Johnson* | 1:23-cv-7726 |
| *Jordan Bishop et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-7728 |
| *Rowdy Heffner et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-7730 |
| *Victoria Wick et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-7731 |
| *Junior Denson et al v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-8029 |
| *Leslie Castellanos et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-8176 |
| *Cherish Gentle et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-8550 |
| *Raven Miles et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-9041 |
| *Landon Johnson et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-9045 |
| *Guenevere O'Griffin et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-9607 |

| Case Name | Docket Number |
|---|---|
| *Elaine Weaver et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-9608 |
| *Lance Bellin et al v. Johnson & Johnson Consumer Companies, Inc.* | 1:23-cv-9615 |
| *Glover et al v. Johnson & Johnson Consumer Inc. et al* | 1:24-cv-0071 |
| *Archie et al v. Johnson and Johnson et al* | 1:24-cv-0083 |
| *Ramirez et al v. Johnson & Johnson Consumer Inc., et al* | 1:24-cv-0221 |
| *Sarah Smith et al v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-0431 |